RICHARD K. GLAUSER, #4324
MICHAEL W. WRIGHT, #6153
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, UT 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Richard.Glauser@lewisbrisbois.com
Michael.Wright@lewisbrisbois.com

Darcy L. Ibach, #6193101 (admitted *pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 W. Adams St., Suite 300
Chicago, IL 60661
Telephone: 312.345.1718
Facsimile: 312.345.1778
Darcy.Ibach@lewisbrisbois.com

*Attorneys for Plaintiff/Counter-Defendant The Hanover Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br>SMART SCHOFIELD SHORTER PC; SMART, SCHOFIELD, SHORTER & LUNCEFORD, PC and RHETT G. LUNCEFORD,<br><br>Defendants. | **STIPULATION TO DISMISS**<br><br>Case No. 2:19-cv-00118-BSJ<br><br>District Judge Bruce S. Jenkins |

**STIPULATION OF VOLUNTARY DISMISSAL** pursuant to Federal Rule of Civil Procedure

41(a), and subject to the approval and order of the Court as provided below, the undersigned

parties hereby stipulate to the dismissal of this action with prejudice, including the Complaint,

Affirmative Defenses, and Counterclaim with each party to bear its own attorneys' fees and

costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 21, 2021

By: s/ *Darcy L. Ibach*
Counsel for Plaintiff/Counter-Defendant The Hanover Insurance Company

By: *s/Todd Wahlquist (signed with permission)*
Counsel for Defendant Rhett Lunceford

By: *s/ Michael Johnston (signed with permission)*
Counsel for Defendant/Counter-Plaintiff
Smart, Schofield, Shorter, PC

By: *s/Michael Johnston (signed with permission)*
Counsel for Defendant/Counter-Plaintiff
Smart, Schofield, Shorter & Lunceford PC

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2021, I electronically filed the foregoing STIPULATION TO DISMISS with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

L. Rich Humpherys
**HUMPHERYS LAW PLLC**
36 South State Street, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 450-2844
lrhumpherys@gmail.com
lehump@aol.com

Todd Wahlquist
4790 South Holladay Boulevard
Salt Lake City, Utah 84117
Telephone: (801) 424-9088
toddwahlquist@ericnielson.com
*Attorney for Defendant*
*Rhett G. Lunceford*

Justin W. Starr
Michael D. Johnston
**KIRTON McCONKIE**
Key Bank Tower
36 South State Street, Suite 1900
Salt Lake City, UT 84111
T:  (801) 328-3600
jstarr@kmclaw.com
mjohnston@kmclaw.com
*Attorneys for Defendant Smart, Schofield, Shorter and Lunceford, PC and Defendant Smart, Schofield, Shorter, P.C.*

                    /s/ Jessica M. Johnsen

4824-5912-9843.1  3