FILED
2021 JUL 22 AM 9:26
CLERK
U.S. DISTRICT COURT

RICHARD K. GLAUSER, #4324
MICHAEL W. WRIGHT, #6153
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, UT 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Richard.Glauser@lewisbrisbois.com
Michael.Wright@lewisbrisbois.com

Darcy L. Ibach, #6193101 (admitted *pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 W. Adams St., Suite 300
Chicago, IL 60661
Telephone: 312.345.1718
Facsimile: 312.345.1778
Darcy.Ibach@lewisbrisbois.com

*Attorneys for Plaintiff/Counter-Defendant The Hanover Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br>SMART SCHOFIELD SHORTER PC; SMART, SCHOFIELD, SHORTER & LUNCEFORD, PC and RHETT G. LUNCEFORD,<br><br>Defendants. | **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Case No. 2:19-cv-00118-BSJ<br><br>District Judge Bruce S. Jenkins |

This matter coming on to be heard on Plaintiff/Counter-Defendant The Hanover Insurance Company and Defendants/Counter-Plaintiffs, Smart Schofield, Shorter, PC; Smart Schofield, Shorter & Lunceford, PC (collectively the "Firm") and Defendant Rhett G. Lunceford's Stipulation to Dismiss this Action with Prejudice. All parties having due notice, the Court fully apprised of the premises, and having considered the Stipulation, it is hereby ORDERED:

4818-2069-4257.1

A. This Action is dismissed with Prejudice.
B. Each party to bear its owns costs and expenses.

**SO ORDERED.**

Signed this 22nd day of July, 2021.　　　　BY THE COURT

_____
United States District Judge Bruce S. Jenkins